AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York 

| | |
|---|---|
| LOVERN ONFROY | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-02314 |
| The Law Offices of Geoffrey T. Mott, P.C. et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LOVERN ONFROY

Date: 04/26/2022

*Attorney's signature*

Jonathan Aaron Schwartz JS0753
*Printed name and bar number*
Nassau/Suffolk Law Services Committee, Inc.
1 Helen Keller Way, 5th Floor
Hempstead, NY 11550

*Address*

jschwartz@nsls.legal
*E-mail address*

(516) 292-8100
*Telephone number*

(516) 292-6529
*FAX number*