UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

**LOVERN ONFROY,**

                      **Plaintiff,**

v.

**THE LAW OFFICES OF GEOFFREY T. MOTT, P.C.,
GEOFFREY T. MOTT,
KENNETH J. DECOTA, SAMUEL MILLER,
ARTHUR T. MOTT REAL ESTATE, LLC, and
700 MERRICK LLC**

                      **Defendants.**

**Index No. 1:22-cv-2314-EK-LB**

**Omnibus Summons Rider**

---------------------------------------------------------------x

**Named Defendants**:

- The Law Offices of Geoffrey T. Mott, P.C.: c/o New York Secretary of State, 99 Washington Avenue, Albany, NY 12231-0001
- Geoffrey T. Mott: 7600 Jericho Turnpike, Suite 105, Woodbury, NY 11797
- Kenneth J. DeCota: 7600 Jericho Turnpike, Suite 105, Woodbury, NY 11797
- Samuel Miller: 7600 Jericho Turnpike, Suite 105, Woodbury, NY 11797
- Arthur T. Mott Real Estate, LLC: c/o New York Secretary of State, 99 Washington Avenue, Albany, NY 12231-0001
- 700 Merrick LLC: c/o New York Secretary of State, 99 Washington Avenue, Albany, NY 12231-0001

Respectfully,
/s/
Emma Caterine, Esq.