# LAW OFFICE OF ALAN J. SASSON

Alan J. Sasson, Esq.
2102 Avenue Z, Suite 201
Brooklyn, NY 11235
(718) 339-0856
Alan@Sassonlaw.com

May 31, 2022

**VIA ECF**
The Honorable Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re    <u>Lovern Onfroy v. The Law Offices of Geoffrey T. Mott, P.C., et al.
            Civil Action No. 22-cv-2314-EK-LB</u>

Dear Honorable Magistrate Judge Bloom:

    This firm represents defendants The Law Offices of Geoffrey T. Mott, P.C., Geoffrey T. Mott, Samuel Miller, Arthur T. Mott Real Estate, LLC and 700 Merrick LLC (collectively "defendants") in connection with the above-referenced matter.

    We write to respectfully request the entry of the enclosed Stipulation extending the time for defendants to answer or otherwise move with respect to plaintiff's complaint to June 30, 2022. The basis for our request is that this firm was recently retained to represent defendants in this matter and we need the additional time to review and analyze the claims against our clients so as to respond to the complaint.

    Pursuant to Your Honor's individual practice rules, we note the following: the original deadline for defendants to respond to the Complaint are (i) 700 Merrick LLC is June 7, 2022, (ii) Arthur T. Mott Real Estate, LLC was 5/28/2022, (iii) Geoffrey T. Mott is May 31, 2022, and (iv) Samuel Miller is May 31, 2022. No Affidavit of Service has been filed for The Law Offices of Geoffrey T. Mott, P.C. There has been no previous request for an extension. Plaintiff is agreeable to this extension.

    Based on the foregoing, we respectfully request that Your Honor "so order" the enclosed Stipulation.

    We thank the Court for its consideration of this request.

                                   Respectfully submitted,

                                   *Alan J. Sasson*

Enclosure                        Alan J. Sasson, Esq.