UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LOVERN ONFROY,

                     Plaintiff,

  - against -

THE LAW OFFICES OF GEOFFREY T. MOTT, PC,
GEOFFREY T. MOTT, KENNETH J. DECOTA,
SAMUEL MILLER, ARTHUR T. MOTT REAL ESTATE,
LLC AND 700 MERRICK LLC,

                     Defendants.
-------------------------------------------------------------x

Civil Action No.:1:22-cv-02314-EK-LB

STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE MOVE WITH RESPECT TO THE COMPLAINT

      It is hereby stipulated and agreed by and among the Law Office of Ahmad Keshavarz and Nassau/Suffolk Law Services, counsel for plaintiff LOVERN ONFROY, and The Law Office of Alan J. Sasson, P.C., counsel for defendants THE LAW OFFICES OF GEOFFREY T. MOTT, P.C., GEOFFREY T. MOTT, SAMUEL MILLER, ARTHUR T. MOTT REAL ESTATE, LLC and 700 MERRICK LLC, that the time within which defendants may serve an Answer or otherwise move with respect to the Complaint is hereby extended through June 30, 2022 and they waive their objection to service.

Dated: Brooklyn, New York
       May 27, 2022

LAW OFFICE OF AHMAD KESHAVARZ

By: /s/ Ahmad Keshavarz
Ahmad Keshavarz, Esq.
Emma Caterine, Esq.
16 Court Street, #2600
Brooklyn, NY 11241
P. 347-308-4859
*Attorney for Plaintiff*

LAW OFFICE OF ALAN J. SASSON PC

By: *Alan J. Sasson*
Alan J. Sasson, Esq.
2102 Avenue Z, Suite 201
Brooklyn, NY 11235
P. 718-339-0856
*Attorney for Defendants The Law Offices of Geoffrey T. Mott P.C., Geoffrey T. Mott, Samuel Miller, Arthur T. Mott Real Estate, LLC and 700 Merrick LLC*