DLS | **DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LOVERN ONFROY,

             Plaintiff,

             v.

THE LAW OFFICES OF GEOFFREY T. MOTT, P.C.,
et al,

             Defendants.
-------------------------------------------------------------------X
STATE OF NEW YORK   )
               S.S.
COUNTY OF NEW YORK)

Civil Action No. 1:22-CV-2314-EK-LB

**AFFIDAVIT OF SERVICE**

     **J.J. DUNHAM**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

     That on the 18TH day of June, 2022, at approximately the time of 11:30am, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT AND JURY DEMAND** upon **KENNETH J. DECOTA** at 18 Windmill Lane, Levittown, NY 11756, by personally delivering and leaving the same with **KENNETH J. DECOTA** at that address.  At the time of service, deponent asked **KENNETH J. DECOTA** whether he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

     **KENNETH J. DECOTA** is a white male, approximately 35-40 years of age, stands approximately 6 feet 0 inches tall, weighs approximately 200 pounds with balding black hair, brown eyes, and was wearing glasses.


_____
**J.J. DUNHAM, #2089467**

Sworn to before me this
22nd day of June, 2022

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com