

July 5, 201722

**BY ECF**

The Honorable Eric Komitee
United Stated District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

      Re:    Lovern Onfroy v. The Law Offices of Geoffrey T. Mott, P.C. et al.
              Docket No.: 22 Civ. 2314 (EK)(LB)

Dear Judge Komitee,

      My firm represents Defendant Kenneth J. Decota in the above-referenced matter.  I write pursuant to your Individual Rule I. C to request an extension of time on behalf of Defendant Decota to answer or move with respect to the Complaint, filed by Plaintiff on June 3, 2022, through and including August 8, 2022.  Mr. Decota was personally served with the Summons and Complaint on June 18, 2022 and the due date for him to answer or move with respect to the Complaint is July 8, 2022.  The reason for the request is that my firm has recently been retained by Mr. Decota and we are still in the process of investigating the facts. In addition, I am currently out of the country until July 9, 2022 and am the principal attorney who will be handling the matter. No prior request for an extension of time has been made to the Court. The Plaintiff consents to the requested extension. The extension does not affect any other scheduled due dates.

      Accordingly, Defendant Decota respectfully requests that the Court grant him an extension of time to answer or move with respect to Plaintiff's Complaint through and including August 8, 2022.

      Respectfully submitted,

*John D. D'Ercole*

John D. D'Ercole

cc:  Emma Caterine, Esq. (via email)

LEECH TISHMAN ROBINSON BROG, PLLC
875 Third Avenue, 9th Floor  |  New York, New York 10022  |  T: 212.603.6300  |  F: 212.956.2164

LEECHTISHMANRB.COM

July 5, 2022
Page 2

Ahmad Keshavarz, Esq. (via email)
Jonathan Schwartz (via email)