# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

August 8, 2022

Hon. Judge Eric R. Komitee  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

**Re:   Consent Request for Extension of Time to Respond to Kenneth DeCota's Pre-Motion Conference Letter to Dismiss [Dkt. No. 19].**
*Onfroy v. The Law Office of Geoffrey T. Mott, P.C., et al.,* **No. 1:22-cv-02314-EK-LB**

Dear Judge Komitee:

This firm, along with Nassau Suffolk Law Services Committee, Inc., represents Plaintiff Lovern Onfroy in the above-entitled action regarding violations of the Fair Debt Collection Practices Act ("FDCPA"), N.Y. General Business Law § 349, and for gross negligence.

The office of the undersigned has several motions due and several mediations happening over the next two weeks in other cases. Accordingly, we request a 21 day extension of our time to respond to Defendant Kenneth DeCota's Pre-Motion Conference Letter to Dismiss [Dkt. No. 19] from August 10, 2022 to August 31, 2022.

This is the first request for an extension of this deadline. This extension will not impact any other deadlines in this case. Counsel for Defendant Kenneth DeCota has consented to this request.

Sincerely,

/s/

Emma Caterine