

September 7, 2022

JOHN D. D'ERCOLE
jdercole@leechtishman.com

**BY ECF**

The Honorable Eric Komitee
United Stated District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

      Re:    **Lovern Onfroy v. The Law Offices of Geoffrey T. Mott, P.C. et al.
            Docket No.: 22 Civ. 2314 (EK)(LB)**

Dear Judge Komitee,

      My firm represents Defendant Kenneth J. DeCota in the above-referenced matter. By letter dated August 5, 2022, I wrote to Your Honor to request a premotion conference, pursuant to Your Honor's Individual Rule III (B), for permission to make a motion to dismiss the complaint against Mr. DeCota in its entirety under Rule 12 (b)(6), Fed. R. Civ. P. On August 26, 2022, Plaintiff filed an amended complaint. On August 31, 2022, Plaintiff filed its response to Mr. DeCota's request for a premotion conference based upon the allegations of the amended complaint. I write to reiterate Mr. DeCota's request for a premotion conference to allow him to move against the amended complaint under Rule 12 (b)(6) on the grounds previously asserted in his initial letter to the Court.

Respectfully submitted,

John D. D'Ercole

cc:    Emma Caterine, Esq. (via email)
        Ahmad Keshavarz, Esq (via email)
        Jonathan Schwartz (via email)

LEECH TISHMAN ROBINSON BROG, PLLC

875 Third Avenue, 9th Floor | New York, NY 10022 | T: 212.603.6300  F: 212.956.2164

LEECH       RB