UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ONFROY

                          Plaintiff(s)

       -against-

                                               NOTICE OF APPEARANCE
                                               Docket No. 22-cv-02314

THE LAW OFFICES OF GEOFFREY T. MOTT, P.C.
et al,

                         Defendant(s)
------------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:


Kindly enter my appearance as counsel in this case for the Defendant THE LAW OFFICES OF

GEOFFREY T. MOTT, P.C.

I certify that I am admitted to practice in this Court.


Dated:
Brooklyn, New York
September  21, 2022

                                                                               Law office of Alan J. Sasson, P.C.

                                                            _____/s/ David J. Pretter_____
                                                            David J. Pretter, Esq. (3138)
                                                            Attorney for Defendant
                                                           2102 Avenue Z, Suite 201
                                                          Brooklyn, New York 11235
                                                          718-339-0856