CIVIL CAUSE FOR Telephone Pre Motion Conference

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 9/21/22
TIME IN COURT: 30 Mins

DOCKET NUMBER: CV 22-2314
TITLE: Onfroy v. The Law Offices of Geoffrey T. Mott, P.C., et al

COURT REPORTER/ESR OPERATOR: Recorded on AT&T Teleconference Bridge
FTR LOG:

APPEARANCES:

| | |
|---|---|
| Plaintiff: | Emma Caterine, Ahmad Keshavarz, Jonathan Schwartz |
| Mott Defendants: | David Pretter |
| DeCota & Miller: | John D'Ercole |

SUMMARY: Case called. Discussion held. Defendants' motions to dismiss shall be briefed as follows: motions due by October 28, 2022; responses due by November 29, 2022; and replies, if any, due by December 9, 2022. As a courtesy to the Court, the parties are encouraged not to file their motion papers and submit courtesy copies until the motions have been fully briefed, unless doing so might cause a party to miss a statutory deadline. *See* Rule III.C.2 this Court's Individual Rules and Practices.