# AHMAD KESHAVARZ
*Attorney at Law*

| | | |
|---|---|---|
| 16 COURT ST., 26TH FLOOR | WWW.NEWYORKCONSUMERATTORNEY.CO | Telephone: (718) 522-7900 |
| BROOKLYN, NY 11241-1026 | E-mail: ahmad@NewYorkConsumerAttorney.com | Fax: (877) 496-7809 |

September 28, 2022

<u>VIA ECF</u>
Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:     Letter motion requesting initial conference to issue scheduling order.**
     ***Onfroy v. The Law Office of Geoffrey T. Mott, P.C., et al.,*** **No. 1:22-cv-02314-EK-LB**

Dear Judge Bloom:

    This firm, along with Nassau Suffolk Law Services Committee, Inc., represents Plaintiff Lovern Onfroy in the above-entitled action regarding violations of the Fair Debt Collection Practices Act ("FDCPA"), N.Y. General Business Law § 349, and for gross negligence.

    Plaintiff requests an initial conference for the purpose of the issuance of a scheduling order pursuant to Fed.R.Civ.P. 16(b)(2).

Sincerely,

/s/

Emma Caterine