# AHMAD KESHAVARZ

*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026  

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com  

Telephone: (718) 522-7900  
Fax: (877) 496-7809

November 18, 2022

<u>VIA ECF</u>  
Hon. Judge Eric R. Komitee  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

**Re:** **Letter motion requesting extension of remaining briefing deadlines for the Motions to Dismiss.**  
*Onfroy v. The Law Office of Geoffrey T. Mott, P.C., et al.,* **No. 1:22-cv-02314-EK-LB**

Dear Judge Komitee:

This firm, along with Nassau Suffolk Law Services Committee, Inc., represents Plaintiff Lovern Onfroy in the above-entitled action regarding violations of the Fair Debt Collection Practices Act ("FDCPA"), N.Y. General Business Law § 349, and for gross negligence.

Given the Thanksgiving holiday and upcoming holidays in December, as well as a number of court-ordered depositions over the next few weeks in another matter of Plaintiff's counsel, the parties jointly propose the following extensions to the remaining deadlines for the briefing of Defendants' Motions to Dismiss:

1. Deadline for Opposition to the Motions: From November 28, 2022 to December 16, 2022;
2. Deadline for Replies in Support of the Motions: From December 9, 2022 to January 13, 2022.

This is the first request for an extension of the deadlines for these motions.

Sincerely,

/s/  
Emma Caterine

1