

                                  David J. Pretter, Esq.
                                  2102 Avenue Z, Suite 201
                                  Brooklyn, NY 11235
                                  (718) 339-0856
                                  David@Sassonlaw.com

December 12, 2022

**Via CM/ECF:**

Re: 1:22-cv-02314-EK-LB

Dear Honorable Judge:

    Please find this letter in opposition to Plaintiff's request for Leave to File Excess Pages. The MOTT Defendants object to said request in that a single opposition filed by Plaintiff would cause further confusion to the issues at hand. Each Defendant has moved to dismiss this action based upon different circumstances and reasons. If Plaintiff were to file a single opposition regarding the respective motions to dismiss then Defendants would be hindered in their respective replies. The facts and circumstances for each motion to dismiss are varied and nuanced and should be addressed by Plaintiff in separate opposition papers.

    Further, Plaintiff had already previously been granted more time to oppose the motions and now at the last minute made this request.

                                            Very truly yours,

                                            _____/s/ DAVID J. PRETTER_____

                                            David J. Pretter, Esq.

                                              2102 Avenue Z, Suite 201
                                              Brooklyn, NY 11235
                                              (718) 339-0856
                                              David@Sassonlaw.com