# AHMAD KESHAVARZ

*Attorney at Law*

---

16 COURT ST., 26TH FLOOR   WWW.NEWYORKCONSUMERATTORNEY.COM   Telephone: (718) 522-7900
BROOKLYN, NY 11241-1026   E-mail: ahmad@NewYorkConsumerAttorney.com   Fax: (877) 496-7809

December 16, 2022

**VIA EMAIL**
For Defendant Kenneth J. Decota
John D. D'Ercole
Leech Tishman Robinson Brog PLLC appeared:
S.D.N.Y Bar No. LH4371
875 Third Avenue
New York, NY 10022
Direct Telephone: (212) 603-6368
General Telephone: (212) 603-6300
Facsimile: (212) 956-2164
jdercole@leechtishman.com

For Defendants The Law Offices of Geoffry T. Mott, P.C., Geoffrey T. Mott, Samuel Miller, Arthur T. Mott Real Estate, LLC, 700 Merrick LLC
David Pretter
Law Office of Alan J. Sasson, P.C.
2102 Avenue Z, Suite 201
Brooklyn, NY 11235
david@sassonlaw.com

      Re:    **Plaintiff's Opposition to Defendants' Motions to Dismiss.**
              *Onfroy v. The Law Office of Geoffry T. Mott, P.C., et al.*, No. 1:22-cv-02314-EK-LB

Dear Counsel:

      As you know, the undersigned, along with Nassau/Suffolk Law Services Committee, Inc., represents the Plaintiff Lovern Onfroy ("Plaintiff") in the above-captioned action. Please see enclosures for a copy of Plaintiff's Opposition to Defendants' Motions to Dismiss, composed of the following:

- Memorandum of Law
- Declaration of Emma Caterine and Exhibits

      Pursuant to Judge Komitee's individual rules, only a copy of this letter will be filed on ECF at this time. These papers will be filed on ECF when the Motion is fully briefed.

Respectfully,

    /s/

Emma Caterine

Enclosures (as listed) only via email

CC via ECF:
Hon. Judge Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201