

                                              Alan J. Sasson, Esq.
                                              2102 Avenue Z, Suite 201
                                              Brooklyn, NY 11235
                                              (718) 339-0856
                                              Alan@Sassonlaw.com

                               December 16, 2022

**Via CM/ECF:**

    Re:    1:22-cv-02314-EK-LB

Dear Honorable Judge:

    Please find this letter for an extension of time to oppose Plaintiff's letter motion to compel or produce documents filed on December 12, 2022. On Consent of all parties Defendant requests a one week adjournment. The original date to oppose was January 6, 2023. There have been no prior requests. The reason for the adjournment is that Mr. Sasson has been under the weather the past several days and unable to oppose the letter motion to the best of his client's expectations.

                                                  Very truly yours,

                                                *David Pretter*
                                                _____
                                               David J. Pretter, Esq.
                                               Law Office of Alan J. Sasson, P.C.
                                               2102 Avenue Z, Suite 201
                                               Brooklyn, NY 11235
                                               (718) 339-0856
                                               Alan@Sassonlaw.com