

11/25/2019

                                             Insured:  Arthur T. Mott et al
                                             Company: Midvale Indemnity Company
                                             Policy #:  HSDC00215-01
                                             Policy Period:  11/26/2019-11/26/2020

Robert Taylor
RT Specialty
58 South Service Rd. STE 130
Melville, NY 11747

Re:  Arthur T. Mott et al

Dear Robert

Please find the enclosed policy(s) for the above named insured.  Please review for accuracy and inform our office of any changes that may be necessary.

If you have any questions please do not hesitate to call your underwriter.

Sincerely,

Jennifer Orozco

Underwritten By: Midvale Indemnity Company
a Wisconsin stock company
Home Office: 6000 American Parkway, Madison, WI 53783

**DUAL**

1100 5th Avenue South, Suite 301
Naples, FL 34102
Tel.  +1 973 631 7575
Fax  +1 239 263 1808
www.dualcommercial.com

# COMMON POLICY DECLARATIONS

POLICY NUMBER: HSDC00215-01

| POLICY TERM | YEAR | ACCOUNT NUMBER | ADJ. NO. |
|---|---|---|---|
| | | | |

| PRODUCER | NAMED INSURED AND MAILING ADDRESS |
|---|---|
| RT Specialty | Arthur T. Mott et al<br>PO Box 648, Freeport, NY 11520 |

**POLICY PERIOD**:
FROM: 11/26/2019        TO: 11/26/2020        AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN

**ADJUSTMENT DATE:**
**BUSINESS DESCRIPTION:**   Apartment Buildings

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS:

**PREMIUM**

Commercial Property Coverage Part                         $ REDACTED

Commercial General Liability Coverage Part                $

NYFF                                                       $

                                              **TOTAL**   $ 699,416.32

FORMS APPLICABLE TO ALL COVERAGE PARTS: See Attached Schedule of Forms

TOTAL            PREMIUM

THE POLICY MAY BE SUBJECT TO ADJUSTMENT.

**NOTICE**
THESE POLICY FORMS AND THE APPLICABLE RATES ARE EXEMPT FROM THE FILING REQUIREMENTS OF THE NEW YORK STATE INSURANCE DEPARTMENT. HOWEVER, SUCH FORMS AND RATES MUST MEET THE MINIMUM STANDARDS OF THE NEW YORK INSURANCE LAW AND REGULATIONS.

M ILU 001 NY 03 18

**CLASS: 2-01006**

**Underwritten By: Midvale Indemnity Company**
**a Wisconsin stock company**
**Home Office: 6000 American Parkway, Madison, WI 53783**

| | |
|---|---|
| COUNTERSIGNED  11/25/2019 | _[signature]_ |
| DATE | AUTHORIZED REPRESENTATIVE |

NOTICE: THESE POLICY FORMS AND THE APPLICABLE RATES ARE EXEMPT FROM THE FILING REQUIREMENTS OF THE NEW YORK STATE INSURANCE DEPARTMENT. HOWEVER, SUCH FORMS AND RATES MUST MEET THE MINIMUM STANDARDS OF THE NEW YORK INSURANCE LAW AND REGULATIONS

M ILU 001 NY 03 18

# Schedule of Forms

Named Insured: Arthur T. Mott et al

Policy No: HSDC00215-01

| Form Name | Form Edition No |
|---|---|
| Common Policy Declarations Page | M ILU 001 NY 03 18 |
| Schedule of Forms | Schedule of Forms |
| Signature Page | MIL 00515  03 18 |
| Notice to All Policyholders | Midvale Claim Form |
| Common Policy Conditions | IL 00 17 11 98 |
| New York Changes - Premium Audit | CG 01 04 12 04 |
| New York Changes - Transfer Of Duties When A Limit Of Insurance Is Used Up | CG 26 21 10 91 |
| New York Changes | CP 01 33 10 12 |
| New York Changes - Commercial General Liability Coverage Form | CG 01 63 07 11 |
| New York Changes - Fungus, Wet Rot And Dry Rot | CP 01 64 10 12 |
| New York - Exclusion Of Loss Due To Virus Or Bacteria | CP 01 78 08 08 |
| New York Changes - Cancellation And Nonrenewal | IL 02 68 01 14 |
| New York Changes - Fraud | IL 01 83 08 08 |
| Commercial General Liability Schedule | M CGU 002 03 18 |
| Designation Of Premises Schedule | M ILU 002 03 18 |
| Commercial General Liability Declarations | MDEC 108 NY 05 18 |
| Commercial General Liability Coverage Form | CG 00 01 04 13 |
| Exclusion Of Certified Acts Of Terrorism | CG 21 73 01 15 |
| Amendment Of Insured Contract Definition | CG 24 26 04 13 |
| Designated Location(s) General Aggregate Limit With Cap | MCG 25 530 03 18 |
| Hired Auto And Non-Owned Auto Liability Insurance | MCG 04 751 NY 05 18 |
| Additional Insured - Mortgagee, Assignee Or Receiver | MCG 20 603 03 18 |
| Limitation Of Coverage To Designated Premises Or Projects | CG 21 44 07 98 |
| Employment-Related Practices Exclusion | CG 21 47 12 07 |
| Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exclusion | CG 21 06 05 14 |
| Absolute Asbestos Exclusion | MCG 21 510 03 18 |
| Exclusion - Lead-Based Paint | MCG 21 784 03 18 |
| Limitation - No Stacking Of Occurrence Limits Of Insurance | MCG 25 511 0318 |
| Exclusion - Year 2000 Computer-Related And Other Electronic Problems | CG 21 60 09 98 |
| Exclusion - Punitive Or Exemplary Damages | MCG 21 712 NY 05 18 |
| Independent Contractors Endorsement | MCG 04 759 03 18 |
| Total Pollution Exclusion with Heating and Cooling | CG 21 65 12 04 |
| Commercial Property Declarations | M CPU 001 03 18 |
| Commercial Property Declarations - Continued | M CPU 002 03 18 |
| Commercial Property Conditions | CP 00 90 07 88 |
| Cancellation Changes | CP 02 99 06 07 |
| Exclusion Of Certified Acts Of Terrorism | IL 09 53 01 15 |
| Ordinance Or Law Coverage | CP 04 05 10 12 |
| Causes Of Loss - Special Form | CP 10 30 10 12 |
| Earthquake Coverage Endorsement | MCP 04 601 0318 |
| Business Income (Without Extra Expense) Coverage Form | CP 00 32 10 12 |
| Building And Personal Property Coverage Form | CP 00 10 10 12 |

Schedule of Forms

# Schedule of Forms

Named Insured: Arthur T. Mott et al

Policy No: HSDC00215-01

| Form Name | Form Edition No |
|---|---|
| Protective Safeguards | CP04111012 |
| Discharge From Sewer, Drain Or Sump | CP 10 38 10 12 |
| Equipment Breakdown Coverage | MCP 04 557 03 18 |
| Equipment Breakdown Coverage Schedule | MCP 04 546 03 18 |
| Electrical Disturbance Buyback Coverage - New York | MCP 04 597 0318 |
| Flood Coverage Endorsement | MCP 04 602 3018 |
| Loss Payable Provisions | CP 12 18 10 12 |
| Exclusion Of Certain Computer-Related Losses | IL 09 35 07 02 |
| Nuclear Energy Liability Exclusion Endorsement (Broad Form) | IL 00 23 07 02 |
| Pollutants Definition - Amendment | MIL 01 533 0318 |

This policy is signed by officers of the Company shown on the Declarations page of this policy.

Home Office:
Midvale Indemnity Company
6000 American Parkway
Madison, WI 53783

_____
Fabian Fondriest, Chief Executive Officer

MIL 00 515 03 18