CIVIL CAUSE FOR Oral Argument

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 8/16/2023
TIME IN COURT:  1 Hr.


DOCKET NUMBER:  CV 22-2314
TITLE:  Onfroy v. The Law Offices of Geoffrey T. Mott, P.C., et al

ESR OPERATOR:  Christine Rocco
FTR LOG: 2:46 – 3:57

APPEARANCES:

      Plaintiff:           Ahmad Keshavarz, Jonathan Schwartz
      Mott Defendants:   David Pretter
      DeCota:        John D'Ercole


SUMMARY:  Case called. Discussion held. Decision reserved. The parties shall file supplemental letter briefs, not to exceed five pages, by September 1, 2023 as discussed.