UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

LOVERN ONFROY,

                                Index No. 1:22-cv-2314-EK-LB

                Plaintiff,

v.

THE LAW OFFICES OF GEOFFREY T.
MOTT, P.C.,
GEOFFREY T. MOTT,
KENNETH J. DECOTA, SAMUEL MILLER,
ARTHUR T. MOTT REAL ESTATE, LLC, and
700 MERRICK LLC

                Defendants.

----------------------------------------------------------------x

State of New York )
County of Nassau ) SS:   AFFIDAVIT OF LOVERN ONFROY

LOVERN ONFROY, being duly sworn, deposes and says:

1. On multiple occasions I went to the Nassau District Court in order to appear for court hearings that had been set in the case of *700 Merrick LLC v. Lovern A. Onfroy*, LT-000425-21/NA.

2. I paid for parking when I went to the Court. I paid approximately $2.00 to $3.00 each time for parking at the parking meters by the Court.

3. I did not see free parking when I went to the Courthouse nor am I aware of any.

4. On two separate occasions I recall being at the Courthouse, I had to make copies for the court case at the Courthouse. I paid about $4.00 to $6.00 on each of those days.

5. I have no knowledge of having been able to make those photocopies for free at the Courthouse.

6. During the time period I had to go to Court I was paid at an hourly rate.

1

7. On the multiple occasions I went to Court, I missed work in the following ways:

   a. I took personal or sick days, for which I have a limited number; and

   b. On one or more occasions I was late for work because I had to go to Court and was not paid for the time I was late. If I did not have to go to Court I would not have been late those days and I would not have lost the income I lost.

                                                                    LOVERN ONFROY

Sworn to before me this 31st day of August, 2023

Notary Public

JONATHAN AARON SCHWARTZ
Notary Public, State of New York
Qualified in Nassau County
No. 02SC6159786
Commission Expires: Janurary 29, 2027

2