UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LOVERN ONFROY,

                    Plaintiff,

-against-

THE LAW OFFICES OF GEOFFERY T. MOTT, P.C.,
GEOFFERY T. MOTT, KENNETH J. DECOTA,
SAMUEL MILLER, ARTHUR T. MOTT REAL
ESTATE, LLC, and 700 MERRICK LLC,

                    Defendants.

Docket No.: 1:22-CV-02314-EK-LB

**NOTICE OF CHANGE OF ADDRESS**

To all adverse parties and the Clerk of the Court:

        **PLEASE TAKE NOTICE** that the undersigned has a new address and demands that all

papers and notices in this matter be served at the address stated below:

LEECH TISHMAN ROBINSON BROG PLLC
One Dag Hammarskjöld Plaza
885 Second Avenue, Fl. 3
New York, New York 10017
(212) 603-6300
jdercole@leechtishman.com

Dated: New York, New York
      July 8, 2024

LEECH TISHMAN ROBINSON BROG PLLC.

By:   /s/John D'Ercole
       John D'Ercole, Esq.
One Dag Hammarskjöld Plaza
885 Second Avenue, Fl. 3
New York, New York 10017
(212) 603-6300
jdercole@leechtishman.com
*Attorneys for Defendant Kenneth J. DeCota*