# AHMAD KESHAVARZ
*Attorney at Law*

16 COURT ST., 26TH FLOOR  WWW.NEWYORKCONSUMERATTORNEY.COM  Telephone: (718) 522-7900
BROOKLYN, NY 11241-1026  E-mail: ahmad@NewYorkConsumerAttorney.com  Fax: (877) 496-7809

July 26, 2024

<u>VIA ECF</u>
Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Letter Request for Withdrawal of Appearance of Emma Caterine.

    *Onfroy v. The Law Office of Geoffrey T. Mott, P.C., et al.,* **No. 1:22-cv-02314-EK-LB**

Dear Judge Bloom:

    This firm, along with Nassau Suffolk Law Services Committee, Inc. (NSLS), represents Plaintiff Lovern Onfroy in the above-entitled action.

    Plaintiff moves this Court for an Order allowing Emma Caterine to withdraw as counsel for Plaintiff in the above-referenced action. Emma Caterine will no longer be associated with the law The Law Office of Ahmad Keshavarz as of July 27, 2024. The Law Office of Ahmad Keshavarz and NSLS will continue to serve as counsel for the Plaintiff in this matter. Ahmad Keshavarz, and subsequent attorneys at The Law Office of Ahmad Keshavarz who may notice appearances, will continue to represent Plaintiff, and accordingly there will be no prejudice to Plaintiff by this withdrawal.

Respectfully,

/s/

Emma Caterine

cc: all counsel of records via ECF