

          David J. Pretter, Esq.
          2102 Avenue Z, Suite 201
          Brooklyn, NY 11235
          (718) 339-0856
          David@Sassonlaw.com

          November 21, 2024

**Via CM/ECF:**

Re: 1:22-cv-02314-EK-LB

Dear Honorable Judge:

     Please find this letter requesting to hold today's conference by telephone. The matter was not calendared properly in our office case management software. I am away and out of town today and will not be able to appear in-person. I apologize for this error. I was made aware of today's conference when discussing the proposed order with opposing counsel and recognized my mistake. I will be available via telephone. Plaintiff's attorney has consented to my request. We have discussed the proposed scheduling order and agreed upon the proposed dates.

          Very truly yours,

          _____/s/ DAVID J. PRETTER_____

          David J. Pretter, Esq.

          2102 Avenue Z, Suite 201
          Brooklyn, NY 11235
          (718) 339-0856
          David@Sassonlaw.com