97 A.D.3d 683
Supreme Court, Appellate Division,
Second Department, New York.

In the Matter of Geoffrey T. MOTT, admitted as Geoffrey Thomas Mott, a disbarred attorney.

July 11, 2012.

**Opinion**

*683 Motion by Geoffrey T. Mott for reinstatement as an attorney and counselor-at-law. Mr. Mott was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on January 14, 1987, under the name Geoffrey Thomas Mott. By decision and order on motion of this Court dated May 22, 2001, Mr. Mott was suspended from the practice of law, pursuant to 22 NYCRR 691.13(c), pending an examination by a qualified medical expert, the Grievance Committee for the Tenth Judicial District was authorized to prosecute a disciplinary proceeding against him, and the disciplinary proceeding was held in abeyance pending receipt of the medical expert's report. By decision and order on application of this Court dated July 3, 2001, the Grievance Committee was authorized to prosecute additional allegations of professional misconduct against Mr. Mott. By decision and order on motion of this Court dated November 1, 2001, Mr. Mott's suspension pursuant to 22 NYCRR 691.13(c) was vacated, he was reinstated to the practice of law, and the parties were directed to proceed expeditiously with the previously authorized disciplinary proceeding. By opinion and order of this Court dated *684 October 6, 2003, Mr. Mott was disbarred based on three charges of professional misconduct (see Matter of Mott, 309 A.D.2d 162, 765 N.Y.S.2d 383). By decision and order on motion of this Court dated April 13, 2004, Mr. Mott's motion for reargument of the October 6, 2003, opinion and order, or for leave to appeal to the **909 Court of Appeals from the opinion and order was denied. Subsequently, leave to appeal from the opinion and order was denied by the New York State Court of Appeals (Matter of Mott, 3 N.Y.3d 602, 782 N.Y.S.2d 406, 816 N.E.2d 196) and a petition for certiorari was denied by the United States Supreme Court (see Mott v. Grievance Comm. for Tenth Jud. Dist., 543 U.S. 1003, 125 S.Ct. 621, 160 L.Ed.2d 463). By decision and order on motion of this Court dated May 17, 2011, Mr. Mott's motion for reinstatement was held in abeyance and the matter was referred to the Committee on Character and Fitness to hear and report on his current fitness to be an attorney.

Upon the papers filed in support of the motion and the papers filed in relation thereto, and upon the report of the Committee on Character and Fitness and the exhibits annexed thereto, it is

ORDERED that the motion is granted; and it is further,

ORDERED that, effective immediately, Geoffrey Thomas Mott is reinstated as an attorney and counselor-at-law and the Clerk of the Court is directed to restore the name of Geoffrey Thomas Mott to the roll of attorneys and counselors-at-law.

MASTRO, A.P.J., RIVERA, SKELOS, DILLON, and HALL, JJ., concur.

**All Citations**

97 A.D.3d 683, 948 N.Y.S.2d 908 (Mem), 2012 N.Y. Slip Op. 05531

---

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW   © 2025 Thomson Reuters. No claim to original U.S. Government Works.   1