# CHASE FOR BUSINESS®

○ **For your security, we're reviewing your wire as part of our internal review process.**

It'll usually take 2 to 4 hours to complete.

We'll call the number saved in your file if we need more info. Please check [Payment activity](#) or your email for any status updates.

[How would you rate your wire experience?](#)

## Account details

| | |
|---|---|
| Wire to | Ahmad Keshavarz (...1565) |
| Wire from | BUS COMPLETE CHK (...4214) |
| Wire status | Under review |
| Transaction number | 12032999743 |

## Sender information

| | |
|---|---|
| Wire date | Jul 1, 2025 |
| Wire amount | $15,000.00 USD (U.S. Dollars) |
| Outgoing wire transfer fee | $25.00 USD (U.S. Dollars) |
| Total | $15,025.00 USD (U.S. Dollars) |

Your account activity will show separate charges for wire amount and wire transfer fee.

## Additional information

| | |
|---|---|
| Additional routing info | None |
| Message to recipient | ONFROY First Settlement Payment |