# AHMAD KESHAVARZ

*Attorney at Law*

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

August 25, 2025

VIA ECF
Judge Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    **Plaintiff's response to August 19, 2025 ECF Order.**

   ***Onfroy v. The Law Office of Geoffrey T. Mott, P.C., et al.,* No. 1:22-cv-02314-EK-SDE**

Dear Judge Komitee:

This firm, along with Nassau Suffolk Law Services Committee, Inc., represents Plaintiff Lovern Onfroy in the above-entitled action against Defendants The Law Offices of Geoffrey T. Mott, P.C., Geoffrey T. Mott, and Samuel Miller ("Defendants") for their violations of the Fair Debt Collection Practices Act.

On August 19, 2025 Your Honors issued an ECF Order, stating, *inter alia,* "By August 25, the parties are directed to either file a stipulation to dismiss or file a letter confirming they have conducted these depositions."

Plaintiff did not file a dismissal because Defendants ***still*** have not complied with their obligations to provide an enforceable Confession of Judgment that conforms with the May 30, 2025 agreement. Plaintiff had withdrawn her enforcement application (See Dkt. No. 86) as it appeared that the counsels had resolved the issue after a lengthy Zoom meeting. However, as will be explained in a forthcoming First-Amended Motion to enforce, that ended up not being the case.

Plaintiff did not take the deposition of Mr. Miller within the time period ordered by the Court as Plaintiff is prepared to go to trial without taking the deposition of Mr. Miller should a motion to enforce the settlement not be successful.

Respectfully,
/s/
Ahmad Keshavarz