SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------------------X
LOVERN ONFROY,
with an address at

                                          Plaintiff,            Index No.:

      -against-

**CONFESSION OF JUDGMENT**

THE LAW OFFICES OF GEOFFREY T.
MOTT, P.C., and GEOFFREY T. MOTT,
with an address at
7600 Jericho Turnpike, Suite 105 Woodbury, NY 11797

                                          Defendant.
-------------------------------------------------------------------------X
STATE OF NEW YORK    )
                                :SS.:
COUNTY OF NASSAU    )

GEOFFREY T. MOTT, being duly affirmed, under the penalty of perjury, deposes and says as follows:

1. I am a named Defendant and the sole Member of Defendant THE LAW OFFICES OF GEOFFREY T. MOTT, P.C. in the above captioned action and Defendants reside at the address set forth in said caption.

2. Defendants hereby confess judgment herein and authorize the entry of such judgment against Defendant, in favor of the Plaintiff, in the sum of SEVENTY THOUSAND ($70,000.00) Dollars with a deduction for any amount paid.

3. This confession of judgment is for a debt justly due and/or to become due to the Plaintiffs arising from the following facts:

The Settlement included a payment schedule of FIFTEEN THOUSAND ($15,000.00) to be paid on each July 1, 2025, August 1, 2025, September 2, 2025, and October 1, 2025. A final payment of TEN THOUSAND ($10,000.00) to be paid November 3, 2025. As per the agreement Plaintiff was to release all claims in the above matter against Defendants. There is no admission of liability by Defendants. The agreement provides for the execution and filing of a confession of judgment in the case of a default pursuant to the agreement. Defendants are entitled to one 15 calendar day grace period to cure a default of a payment due pursuant to the payment schedule.

4. Therefore, the Defendants hereby confesses judgment against itself in favor of the Plaintiff for the principal sum of $70,000.00, with a deduction for any amounts paid, and hereby authorizes the Plaintiff to file this confession of judgment upon Defendants' default and enter judgment thereon against the Defendants, jointly and severally.

Dated: June 6, 2025

Woodbury, New York

GEOFFREY T. MOTT                    THE LAW OFFICES OF GEOFFREY T. MOTT, P.C.

BY: _____                 BY: _____

GEOFFREY T. MOTT, individually      GEOFFREY T. MOTT, Sole Member

STATE OF NEW YORK)
                    ss.:
COUNTY OF Nassau ~~KINGS~~ )

On the 6th day of June in the year 2025 before me, the undersigned, personally appeared GEOFFREY T. MOTT, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument(s), the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

SAMUEL W. MILLER
Notary Public - State of New York
No. 02MI4880076
Qualified in ~~Nassau~~ County
My Commission Expires Nov. 24, 20 26