# Kevin Gartland

| | |
|---|---|
| **From:** | Ahmad Keshavarz |
| **Sent:** | Friday, June 27, 2025 3:27 PM |
| **To:** | David Pretter |
| **Cc:** | Kevin Gartland; Alan Sasson |
| **Subject:** | Re: Onfroy: Confession of judgment |

Wiring instructions were previously sent to Mr. Sasson about 3 weeks ago. As previously indicated we are moving to enforce to enforce the settlement for failing to provide a confession of judgment incorporating the settlement agreement as a condition to the breach as per our previously circulated language, which has simply been ignored.

Ahmad Keshavarz

> On Jun 27, 2025, at 10:14 PM, David Pretter <david@sassonlaw.com> wrote:
>
> please provide wire instructions for payment to be sent out
>
> On Tue, Jun 24, 2025 at 4:17 PM Kevin Gartland <kevin@newyorkconsumerattorney.com> wrote:
>
>> Following up once again. Is there a reason your client cannot sign what was agreed to?
>>
>> Additionally, we still have not gotten your client's home address nor clarification on his role in the PC—is he signing as a corporate officer?
>>
>> Best,
>>
>> Kevin Gartland
>>
>> Associate
>>
>> (Licensed in NJ, admission pending in NY)
>>
>> 
>>
>> FDCPA Attorneys: Protecting consumers from deceptive and unfair debt collection

**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859     Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: kevin@NewYorkConsumerAttorney.com

---

**From:** Kevin Gartland
**Sent:** Monday, June 23, 2025 11:14 AM
**To:** David Pretter <david@sassonlaw.com>; Alan Sasson <alan@sassonlaw.com>
**Cc:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Subject:** RE: Onfroy: Confession of judgment

Hi – once again following up on your client's signature of the confession of judgment agreed to on the record.

Best,

Kevin Gartland

Associate

(Licensed in NJ, admission pending in NY)

<image001.png>

**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859     Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: kevin@NewYorkConsumerAttorney.com

---

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Thursday, June 19, 2025 5:11 PM
**To:** David Pretter <david@sassonlaw.com>; Alan Sasson <alan@sassonlaw.com>

2

**Cc:** Kevin Gartland <kevin@newyorkconsumerattorney.com>
**Subject:** Re: Onfroy: Confession of judgment

Still waiting for a response. Is there a reason your client will not sign the attached?

==Also have not received the address of your client nor his role in the P.C.==

**Ahmad Keshavarz**

> On Jun 17, 2025, at 5:06 PM, Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:
>
> Waiting for a response.
>
> **Ahmad Keshavarz**
>
>> On Jun 16, 2025, at 6:28 PM, Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:
>>
>> Is there a reason your client can't sign this? What you sent is not consistent with our agreement on the record.  This simply defines default as breach of the settlement on the record.  The settlement on the record has more and different terms than on what you emailed.
>>
>> This really should not be so hard.
>>
>> Will you or will you not have your client sign the attached?

Ahmad Keshavarz

> On Jun 13, 2025, at 1:44 PM, Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:
>
> If I do not have a completed signed copy of the attached by 5:00 PM Monday I will file an application for entry of judgment for $70,000. As you may recall, the agreement indicated "time is of the essential and there are no de minis breaches."
>
> **The Law Office of Ahmad Keshavarz**
>
> 16 Court St., Suite 2600, Brooklyn, NY 11241-1026
>
> Cell: (347) 308-4859    Fax: (877) 496-7809
>
> Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com
>
> ---
>
> **From:** Ahmad Keshavarz
> **Sent:** Thursday, June 12, 2025 5:57 PM
> **To:** David Pretter
> **Cc:** Alan Sasson; Kevin Gartland
> **Subject:** RE: Onfroy: Confession of judgment
>
> Here you go. Email me his address and corporate title and I can plug in. Scan and email in the morning. He needs to deliver an original signature to my office tomorrow.
>
> **The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859     Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Ahmad Keshavarz
**Sent:** Thursday, June 12, 2025 5:01 PM
**To:** David Pretter
**Cc:** Alan Sasson; Kevin Gartland
**Subject:** RE: Onfroy: Confession of judgment

Yes, but we only need a few extra days. You would need to purchase the hearing transcript from the court reporter, and ask for next day delivery. Make sure you get the transcript for the afternoon hearing, not the morning one.

But before we apply, you would need to find out 1) the home address for Mott, 2) his role at the PC firm (e.g., President); and 3) get me the form in Word.

Can you get that now? Also, please let me sign off on anything that you file that says it is on consent. Thanks.

**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859     Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

**From:** David Pretter [mailto:david@sassonlaw.com]
**Sent:** Thursday, June 12, 2025 4:55 PM
**To:** Ahmad Keshavarz
**Cc:** Alan Sasson; Kevin Gartland
**Subject:** Re: Onfroy: Confession of judgment

We would need court permission to extend the deadline of june 13. Do you consent?

On Thu, Jun 12, 2025 at 2:55 PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> Still in mediation. What is up? What you have sent is inconsistent with the agreement on the record and does not even have the language required on the confession, such as the home address of Mr. Mott.
>
> I suggest you get the hearing transcript so there is not misunderstanding of the terms.
>
> Also, Mott signs as the "sole Member" of the firm, but the form is a PC; a PC does not have members.
>
> Get me this home address and send me the form in word and I will take a shot at getting this finalized.
>
> <image001.png>
>
> **The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859     Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

**From:** Ahmad Keshavarz
**Sent:** Monday, June 9, 2025 11:02 AM
**To:** David Pretter
**Cc:** Alan Sasson; Kevin Gartland
**Subject:** RE: Onfroy: Confession of judgment

Mr. Mott lists an address he claims he "resides" in as 7600 Jericho Turnpike, Suite 105 Woodbury, NY 11797

What is his home address?

<image001.png>

**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859     Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

**From:** Ahmad Keshavarz
**Sent:** Monday, June 9, 2025 10:47 AM
**To:** David Pretter
**Cc:** Alan Sasson; Kevin Gartland
**Subject:** RE: Onfroy: Confession of judgment

7

It would probably make the most sense if you got the transcript of the hearing ASAP so there is no dispute about settlement terms.

<image001.png>

**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859     Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

**From:** David Pretter [mailto:david@sassonlaw.com]
**Sent:** Friday, June 6, 2025 6:29 PM
**To:** Ahmad Keshavarz
**Cc:** Alan Sasson; Kevin Gartland
**Subject:** Re: Onfroy: Confession of judgment

See attached

David J. Pretter, Esq.

Law Office of Alan J. Sasson, P.C.

2102 Avenue Z, Suite 201

Brooklyn, NY 11235

Ph. 718-339-0856

Fax: 347-244-7178

Confidentiality Notice: This email and the documents accompanying it contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity addressed on this email. If you are not the intended

8