**Ahmad Keshavarz**

| | |
|---|---|
| **From:** | Alan Sasson <alan@sassonlaw.com> |
| **Sent:** | Friday, August 29, 2025 2:52 PM |
| **To:** | Ahmad Keshavarz |
| **Cc:** | Kevin Gartland |
| **Subject:** | Re: Onfroy v. The Law Offices of Geoffrey T. Mott - Settlement |
| **Attachments:** | 8-29-2025 Mott Confession of Judgment- Suffolk County.docx; 9-29-2025 Mott Confession of Judgment-Nassau County.docx |

Ahmad,
I sent over the attached documents for my client to sign and he is ready to sign if we can add language in there stating the following: The remaining balance of $40,000 shall be paid $4000 per month for 10 months commencing on or before September 15, 2025 with the last payment due on or before June 15, 2026. If you are agreeable to this language, I will incorporate it into the agreement and he will sign it today.
Thanks
Alan



Alan J. Sasson, Esq.
Law Office of Alan J. Sasson, P.C.
2102 Avenue Z, Suite 201
Brooklyn, NY 11235
Ph. 718-339-0856
Fax: 347-244-7178

Confidentiality Notice: This email and the documents accompanying it contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity addressed on this email. If you are not the intended recipient, you are hereby notified that any reliance on the contents of this information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email at alan@sassonlaw.com immediately so that we can arrange the return of the documents.
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this (including any attachments) is not intended to be used for, and cannot be used for, the purpose of avoiding penalties under the United States federal tax laws.


On Fri, Aug 29, 2025 at 1:33 PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> The phrase "we all agree were the terms that we agreed to on the record" is in my view inaccurate. The record said we needed a signed enforceable agreement emailed by May, with original immediately following.