**Ahmad Keshavarz**

| | |
|---|---|
| **From:** | Alan Sasson <alan@sassonlaw.com> |
| **Sent:** | Friday, June 13, 2025 1:54 PM |
| **To:** | Ahmad Keshavarz |
| **Cc:** | David Pretter; Kevin Gartland |
| **Subject:** | Re: FW: Onfroy: Confession of judgment |

Mr. Keshavarz,
Please stop being so adversarial.  You should be receiving the original executed Affidavit today via Fedex, we will get the address and you can just swap out the first pages.
Thank you and all the best,
Alan



Alan J. Sasson, Esq.
Law Office of Alan J. Sasson, P.C.
2102 Avenue Z, Suite 201
Brooklyn, NY 11235
Ph. 718-339-0856
Fax: 347-244-7178

Confidentiality Notice: This email and the documents accompanying it contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity addressed on this email. If you are not the intended recipient, you are hereby notified that any reliance on the contents of this information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email at alan@sassonlaw.com immediately so that we can arrange the return of the documents.
IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this (including any attachments) is not intended to be used for, and cannot be used for, the purpose of avoiding penalties under the United States federal tax laws.


On Fri, Jun 13, 2025 at 1:44 PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> If I do not have a completed signed copy of the attached by 5:00 PM Monday I will file an application for entry of judgment for $70,000.  As you may recall, the agreement indicated "time is of the essential and there are no de minis breaches."