UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
**LOVERN ONFROY,**

                                                    Case No.: 1:22-cv-2314-EK

                     **Plaintiff,**

        -against-

**THE LAW OFFICES OF GEOFFREY T. MOTT, P.C.,
GEOFFREY T. MOTT, and SAMUEL MILLER,**
                    **Defendants.**
-----------------------------------------------------------------------X

## JUDGMENT IN A CIVIL ACTION

The court has ordered that the plaintiff, Lovern Onfroy, recover from the defendants, The Law Offices of Geoffrey T. Mott, Geoffrey T. Mott, and Samuel Miller, jointly and severally, the amount of seventy thousand dollars ($70,000.00), which includes prejudgment interest at the rate of 9.00% per annum beginning June 6, 2025, post judgment interest at the rate of 9.00% per annum, along with costs thereafter.

Plaintiff is the prevailing party in her Fair Debt Collection Practices Act case in obtaining a judgment against Defendants for their breach their May 30, 2025 settlement agreement entered in open court. The motion was decided by Judge Eric Komitee.

Date:

                                                                *CLERK OF COURT*

                                                    _____

                                                      *Signature of Clerk or Deputy Clerk*