# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT STREET, #2600  
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

September 12, 2015

<u>VIA ECF</u>  
Judge Eric R. Komitee  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

**Re:**  **Supplement in support of Dkt. No. 89.**  
*Onfroy v. The Law Office of Geoffrey T. Mott, P.C., et al.,* **No. 1:22-cv-02314-EK-LB**

Dear Judge Komitee:

This firm, along with Nassau Suffolk Law Services Committee, Inc., represents Plaintiff Lovern Onfroy in the above-entitled action against Defendants The Law Offices of Geoffrey T. Mott, P.C. and Geoffrey T. Mott (collectively "Mott"), and Samuel Miller, an attorney at the firm ("Miller") (collectively "Defendants") for their violations of the Fair Debt Collection Practices Act.

I filed a letter to the Court on the Court's jurisdiction to enforce the settlement on record by entry of judgment. [DE #89] Attached to the letter was a proposed judgment; however, my letter also said I would attach a blank form judgment, which I inadvertently failed to do. Attached to this letter is the blank form judgment.

Plaintiff appreciates the time of the Court.

Sincerely,

/s/

Ahmad Keshavarz

cc: all counsel via ECF  
Enclosures (as stated)