UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LOVERN ONFROY,

                              Plaintiff,                      JUDGMENT

      v.

                                                   22-CV-2314(EK)(SDE)

THE LAW OFFICES OF GEOFFREY T.
MOTT, P.C., GEOFFREY T. MOTT,
and SAMUEL MILLER,

                              Defendants.
----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Eric Komitee, United States District Judge, having been filed on December 9, 2025, granting in part Plaintiff's motion to enforce the settlement, ECF No. 88; directing the Clerk of Court to enter judgment against Defendants The Law Offices of Geoffrey T. Mott, P.C. and Geoffrey T. Mott for (a) $70,000 and (b) prejudgment interest of nine percent on this amount, accruing from June 13, 2025 to the entry of judgment; denying Defendants' motion to extend the time to complete discovery, ECF No. 82, without prejudice to renew; terminating Plaintiff's prior motion for settlement, ECF No. 81, as moot; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above, and the prejudgment interest being $3,106.85; it is

       ORDERED and ADJUDGED that Plaintiff's motion to enforce the settlement, ECF No. 88, is granted in part; judgment is hereby entered against Defendants The Law Offices of Geoffrey T. Mott, P.C. and Geoffrey T. Mott, in the total amount of $73,106.85; Defendants' motion to extend the time to complete discovery, ECF No. 82, is denied without prejudice to renew; and Plaintiff's prior motion for settlement, ECF No. 81, is terminated as moot.

Dated: Brooklyn, New York  
       December 10, 2025

Brenna B. Mahoney  
Clerk of Court

By:   <u>*/s/Jalitza Poveda*</u>  
       Deputy Clerk