

Printed from Chase for Business

○ **For your security, we're reviewing your wire as part of our internal review process.**

It'll usually take 2 to 4 hours to complete.

We'll call the number saved in your file if we need more info. Please check **Payment activity** or your email for any status updates.

**How would you rate your wire experience?**

## Account details

| | |
|---|---|
| Wire to | Ahmad Keshavarz (...1565) |
| Wire from | BUS COMPLETE CHK (...4214) |
| Wire status | Under review |
| Transaction number | 12032999743 |

## Sender information

| | |
|---|---|
| Wire date | Jul 1, 2025 |
| Wire amount | $15,000.00 USD (U.S. Dollars) |
| Outgoing wire transfer fee | $25.00 USD (U.S. Dollars) |
| **Total** | **$15,025.00  USD (U.S. Dollars)** |

Your account activity will show separate charges for wire amount and wire transfer fee.

## Additional information

| | |
|---|---|
| Additional routing info | None |
| Message to recipient | ONFROY First Settlement Payment |

# CHASE ◆ *for* BUSINESS˙

Printed from Chase for Business

 You've scheduled this wire.

Please print and save this page for your records.

How would you rate your wire experience?

## Account details

| | |
|---|---|
| Wire to | Ahmad Keshavarz (...1565) |
| Wire from | BUS COMPLETE CHK (...4214) |
| Wire status | Processing |
| Transaction number | 12035538263 |

## Sender information

| | |
|---|---|
| Wire date | Aug 14, 2025 |
| Wire amount | $15,000.00 USD (U.S. Dollars) |
| Outgoing wire transfer fee | $25.00 USD (U.S. Dollars) |
| **Total** | **$15,025.00  USD (U.S. Dollars)** |

Your account activity will show separate charges for wire amount and wire transfer fee.

## Additional information

| | |
|---|---|
| Additional routing info | None |
| Message to recipient | Lovern Onfroy settlement payment |
| Memo | None |

Wire activity - chase.com

12/16/25, 1:27 PM



| ☰ | | | 🔍 | ❓ | ⊙ | **Open an account** | **Sign out** |

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Oct 22, 2025 | Sent | Ahmad Keshavarz | 12039609080 | $5,000.00 | $5,000.00 USD |

| | |
|---|---|
| Wire to | Ahmad Keshavarz (...1565) |
| Wire from | BUS COMPLETE CHK (...4214) |
| Amount | $5,000.00 USD (U.S. Dollar) |
| Wire fee | $25.00 USD (U.S. Dollar) |
| Total | $5,025.00 USD (U.S. Dollar) |
| Wire date | Oct 22, 2025 |
| Status | Sent |
| Status date | Oct 22, 2025 |
| Reference number | 1022MMQFMP2L041145 |
| Transaction number | 12039609080 |
| Message to recipient | Lovern Onfroy settlement payment |
| Additional routing info | None |
| Memo | Lovern Onfroy settlement payment |
| Submitted by | Administrator |
| Submitted by date and timestamp | 10/22/2025 12:35:41 PM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 10/22/2025 12:54:35 PM ET |