UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

LOVERN ONFROY,

                                         Plaintiff,

  -against-

THE LAW OFFICES OF GEOFFREY T.
MOTT, P.C., GEOFFREY T. MOTT,
and SAMUEL MILLER,

                                       Defendants.

-----------------------------------------------------------x

Civil Action No. <u>1:22-cv-02314-EK-SDE</u>

# STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SAMUEL MILLER

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate that the claims in this action are voluntarily dismissed, without prejudice as to Defendant Samuel Miller.

Date: January 16, 2026

<u>/s Ahmad Keshavarz              </u>
Plaintiff Lovern Onfroy
By and through her attorney of record
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
Counsel for Plaintiff

Date: January 16, 2026

<u>/s Alan J. Sasson                </u>
Defendant Samuel Miller
By and through his attorneys of record
Alan J. Sasson
David Pretter
Counsel for Defendants

**SO ORDERED:**

_____
Hon. Eric Komitee
United States District Judge
Date:_____

1